

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. A. J. Luckett
County Attorney
New Braunfels, Texas

Dear Sir:

> Opinion No. O-1569
> Re: Does Article 2002a require
> filed pleadings in probate
> matters to remain in the
> office or custody of the
> clerk?

Your letter of October 10, 1939, requesting our opinion on the question as to whether Article 2002a requiring filed pleadings to remain in the office or custody of the clerk applied to probate cases filed in the office of the County Clerk, in a county that does not have a County Court at Law, received.

Article 3290, R. S., provides that the County Court shall have general jurisdiction of probate matters.

Articles 1949 and 1950, R. S., provide that the County Court shall have jurisdiction in certain classes of civil cases.

Since trying probate matters is a part of the duties of the County Court, and since Article 2002a, R. S., relates to all pleadings filed in the County Court, in our opinion said Article 2002a applies to probate matters as well as any other class of litigation filed in the County Court.

Yours very truly

ATTORNEY GENERAL OF TEXAS

(Signed) Geo. W. Barcus
Geo. W. Barcus
Assistant

GWB:MR
APPROVED: OCT 20, 1939
(Signed) Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED: Opinion Committee, By
B. W. B., Chairman

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT